# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONNELL HUGHES, ) | |
|     Plaintiff, ) | Civil Action No. 11-6 |
| ) | District Judge Nora Barry Fischer |
| v. ) | Magistrate Judge Cynthia Reed Eddy |
| ) | |
| ALLEGHENY COUNTY AIRPORT ) | |
| AUTHORITY, ) | |
|     Defendant. ) | |

## MEMORANDUM ORDER

On January 4, 2011, the above captioned case was filed in this Court and was referred to a magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on January 13, 2012, (doc. no. 8) recommending that the action be dismissed because Plaintiff's complaint fails to state a cause of action and "is woefully short of the facts and particulars that would put defendant Allegheny County Airport Authority on notice of what it is Plaintiff is claiming it did to him that requires redress. He seems to be stating a claim for retaliation of some sort, for filing a law suit of some sort, the retaliation having something to do with being 'put on' his wife's insurance, or not. If and when Allegheny County Airport Authority is served with his complaint, it will have only a vague idea of the nature and none of the particulars of his claim. As it stands now, Plaintiff's complaint is frivolous because it lacks an arguable basis either in law or in fact." Id. At 7.

The Report and Recommendation recommended that Plaintiff's complaint be dismissed, with leave of court to amend the complaint to attempt to cure its obvious deficiencies, and Plaintiff was given until January 31, 2012, to file an Amended Complaint or Objections to the

Report and Recommendation, and a copy of the Report and Recommendation was sent to him at his listed address. Neither Amended Complaint nor Objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this ___13th___ day of February, 2012;

**IT IS ORDERED** that the Report and Recommendation [ECF No. 8] dated January 13, 2012, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this action is **DISMISSED, and that** the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

Nora Barry Fischer
United States District Judge

cc:

all ECF Registered Counsel

Lonnell Hughes
567 Rosedale Street
Pittsburgh, PA 15208

2